MAKOS, et al. INVESTMENTS, INC., Plaintiff/Appellant,

v.

R.A. BUCKLES, INC., a Corp., and Richard A. Buckles, Defendants/Respondents.

No. 63945.

Missouri Court of Appeals, Eastern District, Division One.

Dec. 21, 1993.

Daniel V. Boeckman, Swann & Boeckman, St. Peters, for appellant.

Hardy C. Menees, Menees, Whitney & Burnet, Clayton, for respondents.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Plaintiff, Makos et al. Investments, Inc. appeals the trial court's order sustaining defendants' motion to dismiss plaintiff's petition for failure to state a justiciable cause of action. We affirm. The ruling of the trial court is not erroneous, and an extended opinion would have no precedential value. Rule 84.16(b).